1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11                                          Case No.:  3:18-cv-0686-CAB-(RBB)

RUTH M. DUBON,
12
                                Plaintiff,    **ORDER OF DISMISSAL**
13
      v.
14
      UNITED STATES OF AMERICA,
15
                                Defendant.
16

17

18

19

20        Plaintiff Ruth Dubon ("Plaintiff"), proceeding *pro se*, filed a complaint on April 2,

21   2018. [Doc. No. 1.]  On May 24, 2018, this Court gave Plaintiff up to an including June 7,

22   2018 to either pay the $400 in filing and administrative fees required to commence this

23   civil action or submit a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. §

24   1915(a).  [Doc. No. 2.]  The deadline for Plaintiff to perform either of these actions has

25   come and gone and she has done neither.  Accordingly, it is hereby **ORDERED** that this

26   action is **DISMISSED WITHOUT PREJUDICE** for failure to satisfy 28 U.S.C.

27   § 1914(a)'s fee requirements.

1

1   The Clerk of the Court shall **CLOSE** this case.

2       It is **SO ORDERED**.

3   Dated:  June 8, 2018

4   _____
    Hon. Cathy Ann Bencivengo
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27